Form 27 - AFFIDAVIT OF SERVICE

P20597047

**STILLMAN LEGAL PC** Lina Stillman
U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

ALFRED GANEO
                                 PLAINTIFF
- vs -

VAN VLIET & TRAP LLC, ETAL
                                 DEFENDANT

Index No. **1:23-CV-11040-JLR**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**    :SS:

**ZANEKEE POW** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **27TH** day of **DECEMBER, 2023 11:43AM** at
**158 W 28TH ST.**
**NEW YORK NY 10001**
I served a true copy of the **SUMMONS AND COMPLAINT** upon **VAN VLIET & TRAP LLC** the **DEFENDANT** therein named by delivering to, and leaving personally with **DAVE (DOE) (REFUSED FULL NAME), GENERAL AGENT,** who provided verbal confirmation that he or she is authorized to accept by appointment or law to receive service on behalf of the **DEFENDANT**.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**   COLOR: **WHITE**  HAIR: **HAT**
APP.AGE: **35** APP. HT: **5'10** APP. WT: **190**
OTHER IDENTIFYING FEATURES

Sworn to before me this
29TH day of DECEMBER, 2023

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

ZANEKEE POW DCA LIC #2025377
Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 3-SNLPC-20597047

2a

==============================================================

Index No. 1:23-CV-11040-JLR

U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

==============================================================

ALFRED GANEO

              PLAINTIFF

    - against -
VAN VLIET & TRAP LLC, ETAL

             DEFENDANT
==============================================================

SUMMONS AND COMPLAINT


==============================================================

STILLMAN LEGAL PC


42 BROADWAY, 12TH FLOOR

NEW YORK, NY 10004


212 203-2417

```
Form 27 - AFFIDAVIT OF SERVICE
```
P20597047

**STILLMAN LEGAL PC**   Lina Stillman
U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

ALFRED GANEO
                                              PLAINTIFF
                    - vs -

VAN VLIET & TRAP LLC, ETAL
                                              DEFENDANT

Index No. **1:23-CV-11040-JLR**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**   :SS:

**ZANEKEE POW** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **27TH** day of **DECEMBER, 2023 11:43AM** at
**158 W 28TH ST.**
**NEW YORK NY 10001**
I served a true copy of the **SUMMONS AND COMPLAINT** upon **VAN VLIET & TRAP LLC** the **DEFENDANT** therein named by delivering to, and leaving personally with **DAVE (DOE) (REFUSED FULL NAME), GENERAL AGENT**, who provided verbal confirmation that he or she is authorized to accept by appointment or law to receive service on behalf of the **DEFENDANT**.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**   COLOR: **WHITE**   HAIR: **HAT**
APP.AGE: **35** APP. HT: **5'10** APP. WT: **190**
OTHER IDENTIFYING FEATURES

Sworn to before me this
29TH day of DECEMBER, 2023

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

ZANEKEE POW DCA LIC #2025377
Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 3-SNLPC-20597047