Form 2 - AFFIDAVIT OF SERVICE

P20597138

**STILLMAN LEGAL PC** Lina Stillman
U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

ALFRED GANEO

PLAINTIFF

- vs -

VAN VLIET & TRAP LLC, ETAL

DEFENDANT

Index No. **1:23-CV-11040-JLR**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK** :SS:

**ZANEKEE POW** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **27TH** day of **DECEMBER 2023, 11:43AM** at
**158 W 28TH ST.**
**NEW YORK NY 10001**
I served the **SUMMONS AND COMPLAINT** upon **REMCO VANVLIET, the DEFENDANT**, therein named by delivering and leaving a true copy or copies of the aforementioned documents with **DAVE (DOE) (REFUSED FULL NAME), GENERAL AGENT**, a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE** COLOR: **WHITE** HAIR: **HAT**
APP.AGE: **30** APP. HT: **5'10** APP. WT: **190**
OTHER IDENTIFYING FEATURES


On **12/29/2023** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT**.

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

That at the time of service, as aforesaid, I asked the **person spoken to** whether the DEFENDANT was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
29TH day of DECEMBER, 2023

SELENA INES ADAMS
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

ZANEKEE POW DCA LIC #2025377
Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 3-SNLPC-20597138

2a

```
================================================================
```

Index No. 1:23-CV-11040-JLR

U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

```
================================================================
```

ALFRED GANEO

              PLAINTIFF

    - against -
VAN VLIET & TRAP LLC, ETAL

              DEFENDANT
```
================================================================
```

SUMMONS AND COMPLAINT

```
================================================================
```

STILLMAN LEGAL PC

42 BROADWAY, 12TH FLOOR

NEW YORK, NY 10004

212 203-2417

**STILLMAN LEGAL PC**  Lina Stillman
U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ALFRED GANEO | PLAINTIFF | Index No. **1:23-CV-11040-JLR** |
| | | Date Filed |
| - vs - | | Office No. |
| VAN VLIET & TRAP LLC, ETAL | | Court Date. |
| | DEFENDANT | |

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**     :SS:

**ZANEKEE POW** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **27TH** day of **DECEMBER 2023, 11:43AM** at
**158 W 28TH ST.**
**NEW YORK NY 10001**
I served the **SUMMONS AND COMPLAINT** upon **REMCO VANVLIET, the DEFENDANT**, therein named by delivering and leaving a true copy or copies of the aforementioned documents with **DAVE (DOE) (REFUSED FULL NAME), GENERAL AGENT,** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**   COLOR: **WHITE**  HAIR: **HAT**
APP.AGE: **30** APP. HT: **5'10** APP. WT: **190**
OTHER IDENTIFYING FEATURES

On **12/29/2023** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT**.

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

That at the time of service, as aforesaid, I asked the **person spoken to** whether the DEFENDANT was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
29TH day of DECEMBER, 2023

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

ZANEKEE POW  DCA LIC #2025377
Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 3-SNLPC-20597138

2d