

September 13, 2024

**VIA ECF**
The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

1:23-cv-11040-JLR Ganeo v. Van Vliet & Trap LLC

Dear Judge Rochon:

> The Court grants the request to attend the October 2, 2024 initial pre-trial conference via videoconference. The conference will take place on Microsoft Teams. Counsel will receive login credentials at the email addresses on the docket. The public listen-only line may be accessed by dialing Toll-Free Number: 877-336-1831 | Access Code: 5583342. This resolves the motion at Dkt. 22.
>
> Dated: September 16, 2024
>        New York, New York
>        **SO ORDERED.**
>
>        *Jennifer Rochon*
>        **JENNIFER L. ROCHON**
>        **United States District Judge**

I am counsel for the Plaintiff in the above-referenced matter. I write to respectfully inform the Court that I will be unavailable for an in-person conference between September 26, 2024, and October 2, 2024, as I will be out of the jurisdiction on a previously scheduled vacation.

However, I am available for an in-person conference on the following alternative dates, should the Court wish to reschedule the Initial Pre-Trial Conference: September 20, 2024, September 23, 2024, October 11, 2024, October 18, 2024, October 22, 2024, and October 25, 2024.

Should the Court prefer to proceed on October 2, 2024, as currently scheduled, I respectfully request permission to attend the conference remotely via telephone or videoconference.

Thank you for Your Honor's attention to this matter. I look forward to the Court's guidance regarding the scheduling of the conference.

/s/
Lina Stillman
42 Broadway, 12th Floor
New York, NY 10004
Tel: (212) 832-1000
Fax: (212) 203-9115
LS@StillmanLegalPC.com

cc: Ian Smith, Esq. (Counsel for Defendants)