UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALFRED GANEO,<br><br>                              Plaintiff,<br><br>          -against-<br><br>VAN VLIET & TRAP LLC, CAS TRAP, and REMCO VANVLIET,<br><br>                              Defendants. | Case No. 1:23-cv-11040 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record during the August 27, 2025 conference, the parties' settlement as contained in Dkt. 48-1 is approved. The Court will retain jurisdiction for the enforcement of the settlement. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 48.

Dated: August 27, 2025
       New York, New York

                                        SO ORDERED.

                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge

1